IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              Case No. 3:13-CR-30008-001

JESUS CONTRERAS-CASILLAS, a/k/a Pedro
Casillas, Pedro Munoz Casellas, Kevin Ivan
Rodriguez, Pedro Munoz-Casillas                                                             DEFENDANT

## **ORDER**

Currently before the Court is the Government's second motion to amend/correct indictment (Doc. 36). The Government requests that the amended indictment (Doc. 34) in this case be corrected to reflect that defendant's true name is Pedro Munoz Casillas, a/k/a Pedro Casillas, Pedro Munoz Casellas, Kevin Ivan Rodriguez, and Jesus Contreras-Casillas. Defense counsel has informed the Court that Defendant has no objection to the Government's motion.

"Although the general rule is that a court may not amend an indictment, that rule is inapplicable when the change is one of form only." *United States v. Mason*, 869 F.2d 414, 417 (8th Cir. 1989). "Misnomers generally are mistakes of form that may be corrected by amending the indictment." *Id*. "Furthermore, a finding of prejudice to the defendant must be present before an amendment is held impermissible." *Id.* (quotation omitted).

The Court finds that the amendment requested by the Government is one of form only and that no prejudice to the defendant will result from granting the Government's motion.

IT IS THEREFORE ORDERED that the Government's motion (Doc. 36) is GRANTED.

IT IS SO ORDERED this 19th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE